## McCOSLIN v. STATE.
### No. 13821.

Court of Criminal Appeals of Texas.
Oct. 22, 1930.

Mays & Mays, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.

Mays & Mays, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

Mays & Mays, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, the unlawful possession of intoxicating liquor for the purpose of sale; penalty, one year in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.